IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

```
IN RE: JEAN-PAUL & TOI A. ROBERTS       )
                                        )
                                        )
EVERHOME MORTGAGE AS SUCESSOR IN        )
INTEREST TO IRWIN MORTGAGE CORPORATION, )
          Creditor,                     )
                                        )
     vs.                                ) CASE NO. 05B74662
                                        ) JUDGE MANUEL BARBOSA
JEAN-PAUL & TOI A. ROBERTS,             )
          Debtor                        )
                                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Everhome Mortgage as sucessor in interest to Irwin Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the December 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of January 15, 2008:

    a. Attorney's Fees                    $250.00

    b. Escrow Advance                     $174.96

    c. Property Inspections                $90.00

    d. Outstanding Corporate Advances      $79.20

        Total                           $1,064.96

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days

of this notice, Everhome Mortgage as sucessor in interest to Irwin Mortgage Corporation rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
Everhome Mortgage as sucessor in interest to Irwin Mortgage Corporation


/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088