# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEAN-PAUL ROBERTS & TOI A. ROBERTS  
2311 - 25TH STREET  
ROCKFORD, IL  61108  

SSN-xxx-xx-7697 & xxx-xx-0674

Case Number: 05-74662

Case filed on: 9/8/2005  
Plan Confirmed on: 2/17/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,845.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 390.03 | 390.03 | 390.03 | 0.00 |
|  | Total Priority | 390.03 | 390.03 | 390.03 | 0.00 |
| 999 | JEAN-PAUL ROBERTS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | EVERBANK | 5,409.00 | 5,409.00 | 5,409.00 | 0.00 |
|  | Total Secured | 5,409.00 | 5,409.00 | 5,409.00 | 0.00 |
| 001 | CAVALRY PORTFOLIO SERVICES LLC | 3,003.04 | 3,003.04 | 1,685.67 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 3,561.56 | 3,561.56 | 1,999.18 | 0.00 |
| 004 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE LLC | 733.61 | 733.61 | 411.80 | 0.00 |
| 006 | BLAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CALIFORNIA NATIONAL BANK / FFB | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAVALRY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COLLECTION BUREAU OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CYBR COLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DAVID TAYLOR & ASSOCIATES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FRIEDMAN & WEXLER LLC #91761 | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | HSBC TAXPAYER FINANCIAL SERVICES | 1,312.10 | 1,312.10 | 736.51 | 0.00 |
| 020 | M&M CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MERCANTILE ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MERCHANTS & MEDICAL CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ASSET ACCEPTANCE CORP | 57.13 | 57.13 | 32.07 | 0.00 |
| 027 | OSI PORTFOLIO SERVICES | 119.43 | 119.43 | 67.04 | 0.00 |
| 028 | PALISADES COLLECTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 193.50 | 193.50 | 108.62 | 0.00 |
| 031 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WAL-MART STORES, INC | 301.36 | 301.36 | 169.14 | 0.00 |
| 034 | ZENITH ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | CAVALRY PORTFOLIO SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | INTERSTATE GAS SUPPLY OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,281.73 | 9,281.73 | 5,210.03 | 0.00 |
|  | Grand Total: | 17,944.76 | 17,944.76 | 13,873.06 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $13,873.06 |
| Trustee Allowance: | $971.94 |
| Percent Paid Unsecured: | 56.13 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan